IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERICKA HARRIS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-09-2984 |
| FORT BEND ISD, et al., | § |
| Defendants. | § |

## ORDER

Service of this action, filed on September 11, 2009, has not been effected. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The plaintiff must file proof of service no later than **January 15, 2010.** Failure to do so may lead to the dismissal of this case. The docket sheet reflects that summons were mailed to the plaintiff on September 16, 2009 to be completed. The plaintiff has taken no further action.

SIGNED on December 15, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge