**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ERICKA HARRIS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-09-2984 |
| | § |
| FORT BEND ISD, *et al.*, | § |
| | § |
| Defendants. | § |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on March 22, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge